IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT HOSBY, | : | Civil Action No. 4:13-CV-00407 |
| Petitioner, | : | (Judge Brann) |
| v. | : | |
| MARIROSA LAMAS, et al., | : | (Magistrate Judge Schwab) |
| Respondents. | : | |

**ORDER**

June 2, 2015

**BACKGROUND:**

The undersigned has given full and independent consideration to the February 27, 2015 report and recommendation of Magistrate Judge Susan E. Schwab recommending that Robert Hosby's Petition for a Writ of Habeas Corpus be dismissed or denied as procedurally defaulted. (ECF No. 18). The Court has also carefully reviewed Hosby's objections to the report and recommendation. (ECF No. 21).

Because this Court agrees with Magistrate Judge Schwab's thorough analysis of the pertinent issues, the Court will not rehash the sound reasoning of the Magistrate Judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Susan E. Schwab's February 27, 2015 Report and Recommendation is **ADOPTED** in full. (ECF No. 18).

2. Petitioner Robert Hosby's Petition for a Writ of Habeas Corpus is DISMISSED as procedurally defaulted.

3. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge